# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DERRICK CALHOUN,<br><br>                    Plaintiff,<br><br>vs.<br><br><br><br>SAN DIEGO COUNTY et al.,<br><br>                    Defendants. | CIVIL CASE NO. 10-CV-1126-IEG (BGS)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2);**<br><br>**(2) DENYING AS MOOT REQUEST FOR APPOINTMENT OF COUNSEL (Doc. No. 3); and**<br><br>**(3) DISMISSING COMPLAINT WITH PREJUDICE**. |

      Plaintiff Bruce Derrick Calhoun ("Plaintiff"), proceeding *pro se*, has filed a complaint (Doc. No. 1), along with a Motion to Proceed in Forma Pauperis ("IFP") (Doc. No. 2) and a Request for Appointment of Counsel (Doc. No. 3).

      Based on the information provided by Plaintiff, pursuant to 28 U.S.C. § 1915(a), the Court GRANTS Plaintiff's IFP motion, solely for the purpose of the motions currently before the Court. The Court is obligated to review a complaint filed IFP *sua sponte* and must dismiss the action if it determines that the complaint is frivolous, malicious, or fails to state a claim for relief. *See* 28 U.S.C. § 1915(e)(2). After careful review, the Court finds that Plaintiff's complaint is frivolous and void of any plausible claims for relief.

Plaintiff's complaint names as defendants, "San Diego County and all of its corrupt partners, Judge Anello, Judge Battaglia, Jackie Palmer, VAMC, San Diego County Sheriffs Department, San Diego Police Department, City Council, Mayor Sanders." Plaintiff alleges he is a "victim of the corruption that Mayor Sanders and the FBI and the Justice Department have vowed to clear up on this Memorial Holiday." He further alleges this court has several times attempted his entrapment and murder in the clerk's office and at his home. Plaintiff demands a house, car, and $900 million in damages.

Plaintiff's complaint fails to allege a basis for relief, and fails to allege specific misconduct by any of the defendants. Because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court DISMISSES the complaint with prejudice. *Franklin v. Murphy*, 745 F.2d 1221, 1228 n.9 (9th Cir. 1984). As such, the Court DENIES AS MOOT Plaintiff's Request for Appointment of Counsel.

**IT IS SO ORDERED**.

**DATED: June 4, 2010**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**